# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DANIEL T. MORGAN,

      Petitioner

      v.

SHERI A. MORGAN,

      Respondent

: No. 710 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

DANIEL T. MORGAN,

      Petitioner

      v.

SHERI A. MORGAN,

      Respondent

: No. 711 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**. The Application for Order of Supreme Court to Direct Daniel T. Morgan to Post Appropriate Security Pursuant to Pennsylvania Rule of Appellate Procedure 2572(d) is **DENIED AS MOOT**.